No. 443, Misc. McDONALD *v.* NEW YORK. App. Term, Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *Frank S. Hogan* and *Michael R. Juviler* for respondent.

No. 445, Misc. WALLACE *v.* RUNDLE, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 447, Misc. McGUCKEN *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Donald H. Dalton* for petitioner. *Solicitor General Griswold* for the United States.

No. 455, Misc. SYLVIA *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 459, Misc. EDWARDS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 461, Misc. LEWIS *v.* McMANN, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 464, Misc. WILLIAMS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 470, Misc. BOUTWELL *v.* SIMPSON, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 473, Misc. WALKER *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.